# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **CASEY HELTON**     Plaintiff, <br><br> **v.** <br><br> **SMX, LLC; AND PARKER- HANNIFAN CORPORATION**     Defendant. | **CIVIL ACTION NO. 3:25-CV-349-MPM-RP** |

## NOTICE OF APPEARANCE

Joseph L. Adams, with the law firm of Jones Walker LLP, submits this Notice of Appearance as counsel for Defendant SMX, LLC in the above-styled civil action.

Dated: January 14, 2026.

                         Respectfully submitted,

                         SMX, LLC

                         By Its Attorneys,
                         JONES WALKER LLP

                         By: *s/ Joseph L. Adams*
                                Joseph L. Adams

Joseph L. "JoJo" Adams (MSB No. 10591)
JONES WALKER LLP
3100 North State St., Ste. 300
Jackson, Mississippi 39216
Tel.: (601) 949-4900
Fax: (601) 949-4804
jojoadams@joneswalker.com

#110667600v1

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: January 14, 2026.

*s/ Joseph L. Adams*
Joseph L. Adams

#110667600v1