# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **CASEY HELTON**<br><br>　　Plaintiff,<br><br>v.<br><br>**SMX, LLC; AND PARKER- HANNIFAN CORPORATION**<br><br>　　Defendant. | **CIVIL ACTION NO. 3:25-CV-349-MPM-RP** |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant, SMX, LLC ("Defendant"), submits this Motion for Extension of Time and moves the Court for an additional thirty days, until February 19, 2026, to file responsive pleadings.

1. On December 3, 2025, Plaintiff, Casey Helton ("Plaintiff") filed her Complaint and Demand for Jury Trial (the "Complaint") against Defendant. R. Doc. 1.

2. On December 30, 2025, Plaintiff served Defendant with the Summons and Complaint.

3. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to file responsive pleadings is January 20, 2026—twenty-one days from service.

4. On January 7, 2026, Defendant contacted Plaintiff to request an extension of time to file its responsive pleadings in order to permit Defendant to review and evaluate the allegations in the Complaint and prepare an appropriate response.

5. Plaintiff has consented to a thirty-day extension, and Defendant asserts that good cause exists because the requested extension will allow Defendant to adequately evaluate the claims and prepare a proper and orderly response.

6. This Motion is not filed for purposes of delay and is brought in good faith.

**WHEREFORE**, Defendant SMX, LLC respectfully requests that this Court enter an Order granting Defendant's Motion for Time Extension to file its responsive pleadings on or before February 19, 2026, and for such further relief as the Court deems appropriate.

Dated: January 14, 2026.

    Respectfully submitted,

    SMX, LLC

    By Its Attorneys,
    JONES WALKER LLP

    By: *s/ Joseph L. Adams*
        Joseph L. Adams

Joseph L. "JoJo" Adams (MSB No. 10591)
JONES WALKER LLP
3100 North State St., Ste. 300
Jackson, Mississippi 39216
Tel.: (601) 949-4900
Fax: (601) 949-4804
jojoadams@joneswalker.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: January 14, 2026.

    *s/ Joseph L. Adams*
    Joseph L. Adams

2