IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CASEY HELTON**                                                                                                  **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 3:25-CV-349-MPM-RP**

**SMX, LLC, et al.**                                                                                  **DEFENDANTS**

## **ORDER**

Defendants seek an unopposed extension of time to respond to Plaintiff's Complaint. ECF 6. The undersigned has reviewed the docket and concludes that the extension may be granted. Defendants must respond to Plaintiff's Complaint by February 19, 2026.

This, the 14th day of January, 2026.

                                                      /s/ Roy Percy_____
                                                      UNITED STATES MAGISTRATE JUDGE